IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



FILED
AUG 31 2017
Clerk, U.S District Court
District Of Montana
Missoula

| | |
|---|---|
| RACHEL E. WEBSTER, a married woman,<br><br>Plaintiff,<br><br>vs.<br><br>PSYCHIATRIC MEDICAL CARE, LLC, doing business as SENIOR LIFE SOLUTIONS, a Tennessee limited liability company,<br><br>Defendant. | CV 17–116–M–DLC<br><br>ORDER |

Plaintiff Rachel E. Webster moves for the admission of Patrick J. Kirby to practice before this Court in this case with Cory R. Laird to act as local counsel. The application appears to be in order.

Accordingly, IT IS ORDERED that Plaintiff's motion to admit Patrick J. Kirby *pro hac vice* (Doc. 3) is GRANTED on the condition that Mr. Kirby does his own work. This means that he must: (1) do his own writing; (2) sign his own pleadings, motions, and briefs; and (3) appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system (CM-ECF). Further information is available on the Court's website, www.mtd.uscourts.gov, or

from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Kirby within fifteen (15) days of this Order, files a separate pleading acknowledging his admission under the terms set forth above.

DATED this 31st day of August, 2017.

Dana L. Christensen, Chief Judge
United States District Court