

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| RACHEL E. WEBSTER, a married woman,<br><br>Plaintiff,<br><br>vs.<br><br>PSYCHIATRIC MEDICAL CARE, LLC, doing business as SENIOR LIFE SOLUTIONS, a Tennessee limited liability company,<br><br>Defendant. | CV 17–116–M–DLC<br><br>ORDER |

Based upon the Unopposed Motion of Plaintiff, and finding good cause appearing,

IT IS ORDERED that the motion (Doc. 19) is GRANTED. Plaintiff's *pro hac vice* counsel, Patrick J. Kirby, may attend depositions in this matter without the attendance of local counsel.

Dated this 9th day of April, 2018.

_____
Dana L. Christensen, Chief District Judge
United States District Court