IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



FILED
AUG 29 2018
Clerk, U.S Courts
District Of Montana
Missoula Division

| | |
|---|---|
| RACHEL E. WEBSTER, a married woman,<br><br>Plaintiff,<br><br>vs.<br><br>PSYCHIATRIC MEDICAL CARE, LLC, doing business as SENIOR LIFE SOLUTIONS, a Tennessee limited liability company,<br><br>Defendant. | CV 17–116–M–DLC<br><br>ORDER |

Defendant moves for the admission of Melissa H. Panagakos of Denver, Colorado to practice before this Court in this case with Veronica T. von Grabow to act as local counsel. The application appears to be in order, and there appears good cause for Ms. Panagakos's admission *pro hac vice*.

Accordingly, IT IS ORDERED that Defendant's Unopposed Motion to Admit Counsel *Pro Hac Vice* (Doc. 25) is GRANTED on the condition that Ms. Panagakos shall do her own work. This means that she must: (1) do her own writing; (2) sign her own pleadings, motions, and briefs; and (3) appear and participate personally. Counsel shall take steps to register in the Court's

-1-

electronic filing system (CM-ECF). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

It is FURTHER ORDERED that this Order is subject to withdrawal unless Ms. Panagakos, within fifteen (15) days of this Order, files a separate pleading acknowledging her admission under the terms set forth.

DATED this 29th day of August, 2018.

_____
Dana L. Christensen, Chief Judge
United States District Court