
FILED
SEP 10 2018
Clerk, U.S Courts
District Of Montana
Missoula Division

| | |
|---|---|
| RACHEL E. WEBSTER, a married woman,<br><br>Plaintiff,<br><br>vs.<br><br>PSYCHIATRIC MEDICAL CARE, LLC, doing business as SENIOR LIFE SOLUTIONS, a Tennessee limited liability company,<br><br>Defendant. | CV 17–116–M–DLC<br><br>ORDER |

Before the Court is the Defendant's Unopposed Motion to Allow *Pro Hac Vice* Counsel to Attend Depositions without the Attendance of Local Counsel (Doc. 27).

IT IS ORDERED that the motion (Doc. 27) is GRANTED. Defendant's *pro hac vice* counsel, Melisa H. Panagakos, may attend depositions in this matter without the attendance of local counsel.

Dated this 10th day of September, 2018.

Dana L. Christensen, Chief Judge
United States District Court