

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| RACHEL E. WEBSTER, a married woman,<br><br>　　　　　Plaintiff,<br>vs.<br><br>PSYCHIATRIC MEDICAL CARE, LLC, doing business as SENIOR LIFE SOLUTIONS, a Tennessee limited liability company,<br><br>　　　　　Defendant. | CV 17–116–M–DLC<br><br><br>ORDER |

Before the Court is the parties' Joint Stipulated Motion of Voluntary Dismissal, brought under Federal Rule of Civil Procedure 41(a)(1)(A). (Doc. 64.)

IT IS ORDERED that the motion (Doc. 64) is GRANTED. This matter is hereby DISMISSED WITH PREJUDICE, each party to bear its own costs.

DATED this 9th day of September, 2019.

Dana L. Christensen, Chief Judge
United States District Court

-1-